IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-000010-REB-MEH

ROBERT C. SMITH,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 29, 2007.**

    Defendant's Unopposed Motion to Vacate Settlement Conference Set for July 10, 2007 [Filed June 29, 2007; Docket #14] is **granted**. The Settlement Conference set for July 10, 2007, is **vacated**. Dismissal papers are to be submitted on or before July 25, 2007