**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00010-REB-MEH

ROBERT C. SMITH,

    Plaintiff

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Motion for Dismissal With Prejudice** [#17], filed July 10, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion for Dismissal With Prejudice** [#17], filed July 10, 2007, is **GRANTED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for April 11, 2008, is **VACATED**; and

2

    4.  That the jury trial set to commence April 28, 2008, is **VACATED**.

Dated July 10, 2007, at Denver, Colorado.

                                            **BY THE COURT:**
                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**